UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14397-CIV-GRAHAM/LYNCH

ALEX M. GUZMAN and
DOUGLAS SURIANO-CORADO,
and all similarly situated individuals,

    Plaintiffs,

v.

THE GREAT ROOM DESIGN AND
MANUFACTURING, LLC, a California
Company, and MARILYN NELSON, individually,

    Defendants.

_____/

FILED by ___ D.C.

DEC - 8 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR DISBURSEMENT OF SETTLEMENT PROCEEDS AND MOTION FOR SANCTIONS AND ATTORNEY'S FEES [D.E. #28]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and noting that no responsive pleading has been filed in respect thereto and that over three months have expired since the filing of the motion, and this Court otherwise being advised in the premises, makes the following recommendations to the District Court:

    1.    As the motion asserts, the Court previously approved the settlement in this case in June of 2009. Plaintiffs' counsel provided tax payer identification numbers to counsel for the Defendants in August of 2009 to enable the Defendants to properly document and disburse the settlement to counsel for the Plaintiffs. However, that has not yet been accomplished.

2. The motion recites numerous phone calls and correspondence between counsel for the Plaintiffs and the Defendants requesting the settlement checks. The motion even asserts in August of 2009 the Defendant Marilyn Nelson purportedly stated in her letter of August 13, 2009 to counsel for the Plaintiffs that she was mailing the settlement check to counsel for the Plaintiffs. No such payment has ever been received.

3. This Court is not of the mind to allow parties to "toy with" the judicial system. The activities of the Defendants in this case border on being fraudulent. This Court will not permit this activity to go on any further. This Court finds that the activity thus far constitutes sanctionable behavior by the Defendants and specifically the Defendant Marilyn Nelson wherein she has failed to comply with the terms of the settlement and purportedly had sent the settlement checks to the Plaintiffs. Accordingly, this Court is recommending awarding an additional Five Hundred Dollars ($500.00) attorney's fees to the Plaintiffs which the Defendants, jointly and individually, shall pay to counsel for the Plaintiffs within ten (10) days of the date of any Order entered by the District Court in respect to adopting this Report and Recommendation.

4. The Defendants jointly and severally shall pay over the settlement proceeds in this case within ten (10) days of the date of any Order entered by the District Court in respect to adopting this Report and Recommendation. Further, this Court recommends that in the event the Defendants do not pay over the proceeds as well as the attorney's fees sanction recommended, that upon notification, this Court will issue its Order To Show Cause and direct the United States Marshal to immediately and forthwith bring the Defendant Marilyn P. Nelson before this Court for the imposition of such civil and/or

criminal contempt proceedings. This Court trusts that the Defendants will not permit this matter to have to reach that conclusion.

**ACCORDINGLY**, this Court recommends to the District Court that the Plaintiffs' Motion For Disbursement Of Settlement Proceeds be **GRANTED** and that the settlement proceeds be paid by the Defendants to counsel for the Plaintiffs within ten (10) days of any Order entered by the District Court adopting this Report and Recommendation and that the Plaintiffs be awarded the sum of Five Hundred Dollars ($500.00) which the Defendants shall pay within ten (10) days of any Order entered by the District Court adopting this Report and Recommendation.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _8TH_ day of December, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
Lee J. Baggett, Esq.
Alan M. Aronson, Esq.