UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 08-14397-CIV-GRAHAM/LYNCH

ALEX M. GUZMAN,
and DOUGLAS SURIANO-CORADO

    Plaintiffs,

vs.

THE GREAT ROOM DESIGN
AND MANUFACTURING, LLC,
and MARILYN NELSON,

    Defendants.

_____/

## ORDER

    **THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Disbursement of Settlement Proceeds and Motion for Sanctions and Attorney's Fees [D.E. 28].

    **THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch, Jr. [D.E. 29]. The Magistrate Judge issued a Report recommending that the Motion be granted [D.E. 30]. The Defendants have not filed objections to the Magistrate Judge's Report.

    **THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that United States Magistrate Judge Lynch's Report [D.E. 30] is hereby **RATIFIED, AFFIRMED and APPROVED**

in its entirety.   It is further

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for Disbursement
of Settlement Proceeds and Motion for Sanctions and Attorney's Fees
[D.E. 28] is **GRANTED**.   It is further

**ORDERED AND ADJUDGED** that the settlement proceeds be paid by
the Defendants to counsel for the Plaintiffs within ten (10) days
from the date of this Order.   It is further

**ORDERED AND ADJUDGED** that Plaintiffs be awarded a sum of Five
Hundred Dollars ($500.00) which the Defendants shall pay within ten
(10) days from the date of this Order.   It is further

**ORDERED AND ADJUDGED** that in the event the Defendants do not
pay over the proceeds as well as the attorney's fees sanction
ordered, that upon notification, this Court will issue its Order to
Show Cause and direct the United States Marshal to immediately and
forthwith bring the Defendant Marilyn P. Nelson before this Court
for the imposition of such civil and/or criminal contempt
proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day
of April, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


cc:   U.S. Magistrate Judge Lynch
      All Counsel of Record