UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14397-CIV-GRAHAM/LYNCH

ALEX M. GUZMAN and
DOUGLAS SURIANO-CORADO,
and all similarly situated individuals,

      Plaintiffs,

v.

THE GREAT ROOM DESIGN AND
MANUFACTURING, LLC, a California
Company, and MARILYN NELSON, individually,

      Defendants.
_____/



FILED by _____ D.C.

APR 2 0 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON PLAINTIFFS' RENEWED MOTION FOR DISBURSEMENT OF SETTLEMENT PROCEEDS AND MOTION FOR SANCTIONS AND ATTORNEY'S FEES [D.E. #35]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and noting that no response has been filed in respect thereto and that the time for filing a responsive pleading has expired, this Court recommends to the District Court as follows:

1. This Court previously issued its Report and Recommendation recommending that the Defendant pay the complete settlement together with attorney's fees in the amount of $500.00 for a total of $8,278.12. This Report and Recommendation was adopted by the District Court.

2. As the motion indicates, the Defendant provided a check in full settlement of this amount to counsel for the Plaintiffs on December 12, 2009. The Defendant requested that the monies to cover this check were not going to be deposited until January 11, 2010.

Therefore, counsel for the Plaintiffs waited and deposited the check on January 12, 2010. As indicated in the pleading, the check was returned for insufficient funds on January 14, 2010.

3.   This was communicated by counsel for the Plaintiffs to counsel for the Defendant. No resolution has been made and the amount is still outstanding, in addition to further attorney's fees.

4.   This Court has previously ordered that the settlement be paid in full. Apparently the Defendant has seen fit to not accomplish this task sufficiently. This Court is going to recommend the granting of the motion with additional attorney's fees to be awarded and direct that the payment shall be made in full within ten (10) days of any Order entered by the District Court adopting this Report and Recommendation. Further, this Court is recommending to the District Court that within any Order adopting this Court's Report and Recommendation, that self-executing language be contained within any such Order converting this matter to an enforceable final judgment for the entire sum being recommended to be awarded herein in the event that the full amount is not paid within (10) ten days of any Order entered by the District Court adopting this Report and Recommendation.

**ACCORDINGLY,** this Court recommends to the District Court that the Plaintiffs' Renewed Motion [D.E. #35] be **GRANTED** and the full sum of $8,278.12 be awarded to the Plaintiffs together with an additional Five Hundred Dollars ($500.00) as reasonable attorney's fees for having to bring this action, for a total sum due to be $8,778.12, which shall be payable within ten (10) days of any Order entered by the District Court adopting

this Report and Recommendation; further this Court recommends to the District Court that any such Order entered contain self-executing language converting this total sum due to an enforceable final judgment against the Defendants jointly and severally for the total sums due if not paid within ten (10) days of any Order entered by the District Court adopting this Report and Recommendation.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _____ day of April, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
Lee J. Baggett, Esq.
Alan M. Aronson, Esq.