UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 08-14397-CIV-GRAHAM/LYNCH

ALEX M. GUZMAN,
and DOUGLAS SURIANO-CORADO

    Plaintiffs,

vs.

THE GREAT ROOM DESIGN
AND MANUFACTURING, LLC,
and MARILYN NELSON,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs' Renewed Motion for Disbursement of Settlement Proceeds and Motion for Sanctions and Attorney's Fees [D.E. 35].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch, Jr. [D.E. 36]. The Magistrate Judge issued a Report recommending that the Motion be granted [D.E. 38]. The Defendants have not filed objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lynch's Report [D.E. 38] is hereby **RATIFIED, AFFIRMED and APPROVED**

in its entirety.  It is further

**ORDERED AND ADJUDGED** that Plaintiffs' Renewed Motion for Disbursement of Settlement Proceeds and Motion for Sanctions and Attorney's Fees [D.E. 35] is **GRANTED**.  It is further

**ORDERED AND ADJUDGED** that the full sum of $8,278.12 be awarded to Plaintiffs together with an additional Five Hundred Dollars ($500.00) as reasonable attorney's fees for a total sum due to be $8,778.12, which shall be payable within ten (10) days from the date of this Order.  It is further

**ORDERED AND ADJUDGED** that if the Defendants fail to pay the total sum due of $8,778.12 within ten (10) days of this Order, Final Judgment against each Defendant, jointly and severally, for the total sums due shall issue forthwith.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of May, 2010.

                                         _____
                                         DONALD L. GRAHAM
                                         UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Lynch
      All Counsel of Record

2